IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | CRIMINAL NO. 2:22cr44 |
| | ) | |
| DANIEL ALAN PUFF | ) | |

## EXHIBIT LIST

| Exh. # | Description | Admitted | Authenticating Witness |
|---|---|---|---|
| 1a | Map of Relative Position of Extended Stay Hotel and Regal Movie Theater | | |
| 1b | Map of Route from Regal Movie Theater to Extended Stay Hotel | | |
| 2a | Aerial Photograph of Extended Stay Hotel and Surroundings | | |
| 2b | Aerial Photograph of Extended Stay Hotel | | |
| 2c | Photograph of Parking Lot and Front of Extended Stay Hotel | | |
| 3 | Commercial Sex Advertisement posted to Skipthegames.com | | |
| 4 | Text message conversation between UC and 757-812-6745 | | |
| 5 | Text message conversation between UC and 315-575-3881 | | |
| 6 | Image of Regal Movie Theater sent to UC | | |
| 7 | Video of Defendant walking through parking lot | | |
| 8 | Second video of defendant walking through parking lot | | |
| 9a | Video of defendant's interaction with UC and arrest (0:00-18:09) | | |
| 9b | Transcript of Exhibit 9a | | |
| 10 | Wide-angle Video of Defendant's Arrival and Arrest (0:00-4:05) | | |
| 11 | $60 Provided by Defendant to the UC (physical exhibit) | | |
| 12 | Defendant's iPhone (physical exhibit) | | |

| | | | |
|---|---|---|---|
| 12a | Photograph of Front of Defendant's iPhone | | |
| 12b | Photograph of Back of Defendant's iPhone | | |
| 13 | Defendant's March 30, 2022 statement to law enforcement (0:00-1:02:58) (full) | | |
| 13a-1 | Audio clip of Exhibit 13 (3:22-4:41) | | |
| 13b | Full Transcript of Exhibit 13 | | |
| 13b-1 | Transcript of Exhibit 13a-1 | | |
| 13a-2 | Audio clip of Exhibit 13 (5:22-5:50) | | |
| 13b-2 | Transcript of Exhibit 13a-2 | | |
| 13a-3 | Audio clip of Exhibit 13 (6:24-6:45) | | |
| 13b-3 | Transcript of Exhibit 13a-3 | | |
| 13a-4 | Audio clip of Exhibit 13 (6:48-7:07) | | |
| 13b-4 | Transcript of Exhibit 13a-4 | | |
| 13a-5 | Audio clip of Exhibit 13 (8:17-8:43) | | |
| 13b-5 | Transcript of Exhibit 13a-5 | | |
| 13a-6 | Audio clip of Exhibit 13 (9:16-9:47) | | |
| 13b-6 | Transcript of Exhibit 13a-6 | | |
| 13a-7 | Audio clip of Exhibit 13 (27:41-27:54) | | |
| 13b-7 | Transcript of Exhibit 13a-7 | | |
| 13a-8 | Audio clip of Exhibit 13 (32:49-32:57) | | |
| 13b-8 | Transcript of Exhibit 13a-8 | | |
| 13a-9 | Audio clip of Exhibit 13 (38:02-38:09) | | |
| 13b-9 | Transcript of Exhibit 13a-9 | | |
| 13a-10 | Audio clip of Exhibit 13 (38:09-38:59) | | |
| 13b-10 | Transcript of Exhibit 13a-10 | | |
| 13a-11 | Audio clip of Exhibit 13 (40:59-43:14) | | |
| 13b-11 | Transcript of Exhibit 13a-11 | | |
| 13a-12 | Audio clip of Exhibit 13 (47:01-47:53) | | |
| 13b-12 | Audio clip of Exhibit 13a-12 | | |
| 14 | Defendant's March 31, 2022 statement to law enforcement (0:00-23:33) (full) | | |
| 14a-1 | Audio clip of Exhibit 14 (00:09-00:57) | | |
| 14b-1 | Transcript of 14a-1 | | |
| 14a-2 | Audio clip of Exhibit 14 (00:59-1:41) | | |
| 14b-2 | Transcript of 14a-2 | | |
| 14a-3 | Audio clip of Exhibit 14 (3:15-4:07) | | |
| 14b-3 | Transcript of 14a-3 | | |
| 14a-4 | Audio clip of Exhibit 14 (5:14-6:32) | | |
| 14b-4 | Transcript of 14a-4 | | |
| 14a-5 | Audio clip of Exhibit 14 (6:55-7:00) | | |
| 14b-5 | Transcript of 14a-5 | | |
| | | | |

| | | | |
|---|---|---|---|
| 14a-6 | Audio clip of Exhibit 14 (11:18-14:26) | | |
| 14b-6 | Transcript of 14a-6 | | |
| 14a-7 | Audio clip of Exhibit 14 (17:13-19:11) | | |
| 14b-7 | Transcript of 14a-7 | | |
| 14a-8 | Audio clip of Exhibit 14 (20:12-20:35) | | |
| 14b-8 | Transcript of 14a-8 | | |
| 15 | Cellebrite Extraction Report User Account for Defendant's iPhone | | |
| 16 | Cellebrite Extraction Report TextNow Thumbnail Images from Defendant's iPhone | | |
| 17 | Email correspondence from Defendant's iPhone dated March 11, 2018 (conversation with "Latina looking for my military boo :) Navy Nukes are a plus") | | |
| 18 | Text message correspondence from Defendant's iPhone dated March 27, 2018 (conversation with "Princess") | | |
| 19 | Text message correspondence from Defendant's iPhone dated January 13, 2021 (conversation with "757Fun") | | |
| 20a | Exported TextNow results from Cellebrite Examination of Defendant's iPhone | | |
| 20b | TextNow search results from Cellebrite Examination of Defendant's iPhone | | |
| 21 | Cellebrite Preliminary Device Report for Defendant's iPhone | | |
| 22 | TextNow Log Entry from Cellebrite examination of Defendant's iPhone dated March 30, 2022 | | |
| 23a | TextNow Business Record – Subscriber information for (757) 812-6745 | | |
| 23b | TextNow Certificate of Authenticity Pursuant to 902(11) and 902(13) | | |
| 24 | Combination of Text Conversations from Both Phones | | |
| 25 | Defendant's Jail Video Call to his sister on April 7, 2022 (0:00-13:25) (full) | | |
| 25a-1 | Audio clip of exhibit 25 (8:49-8:58) | | |
| 25b-1 | Transcript of 25a-1 | | |
| 26 | Defendant's Jail Video Call to his sister on April 7, 2022 (0:00-13:11) | | |
| 26a-1 | Audio clip of exhibit 25 | | |
| 26b-2 | Transcript of 26a-1 | | |
| 27a | Defendant's iPhone Apple ID | | |

| | | | |
|---|---|---|---|
| 27b | Cellphone User Account (Apple unique ID) | | |
| 28 | Defendant's text message exchange with UC on March 30, 2022 | | |
| 29 | Defendant's email correspondence from Defendant's iPhone dated December 1, 2017 (conversation with "Leandra") | | |
| 30a-1 | Audio clip from Exhibit 13 (20:56-21-17) | | |
| 30b-1 | Transcript of Exhibit 30a-1 | | |
| 30a-2 | Audio clip from Exhibit 13 (51:56-52:02) | | |
| 30b-2 | Transcript of Exhibit 30a-2 | | |
| 31a-1 | Audio clip from Exhibit 14 (9:15-9:25) | | |
| 31b-1 | Transcript of Exhibit 31a-1 | | |
| 31a-2 | Audio clip from Exhibit 14 (20:35-20:39) | | |
| 31b-2 | Transcript of Exhibit 31a-2 | | |
| 32a-1 | Audio clip from Exhibit 25 (6:17-7:28) | | |
| 32b-1 | Transcript of Exhibit 32a-1 | | |
| 33 | Defendant's signed *Miranda* Waiver from March 30, 2022 | | |
| 34 | Defendant's signed Consent to Search Defendant's Car and Apple iPhone 12 from March 30, 2022 | | |
| 35 | Defendant's signed *Miranda* Waiver from March 31, 2022 | | |
| 36 | Hard Drive with Cellebrite Data from Puff's Cellphone | | |
| | | | |
| | | | |
| | | | |
| | | | |